# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CRYSTAL CLEAR IMAGING, LTD,

        Plaintiff,     :     Case No. 3:07-cv-441

                                District Judge Walter Herbert Rice

    -vs-                        Chief Magistrate Judge Michael R. Merz

                              :

SIEMENS MEDICAL SOLUTIONS,
  INC., et al.,

        Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON MOTIONS TO DISMISS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 39), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 16, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Motion to Dismiss the Amended Complaint by Defendant Siemens Financial Services, Inc. (Doc. No. 28) be granted and the Amended Complaint be dismissed as to Defendant Siemens Financial without prejudice and that the Motion to Dismiss of Defendant Siemens Medical Solutions, Inc. (Doc. No. 29) be denied.

May 19, 2008.                                              /s/ Walter Herbert Rice
                                                           Walter Herbert Rice
                                                           United States District Judge